UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK SMITH, JR.,

    Defendant.

_____/

Case No. 1:23-cr-138

Hon. Hala Y. Jarbou

**ORDER**

The Court held a Plea Hearing on the record, with all parties present, on March 12, 2024. For the reasons stated on the record,

**IT IS ORDERED** that the Bond and Order Setting Conditions of Release (ECF No. 9) is **REVOKED**.

**IT IS FURTHER ORDERED** that pending sentencing in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: March 12, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE